*(margin: EASTERN DIST. March, 1838. FREDERICKS vs. KELLAR.)*

---

## FREDERICKS vs. KELLAR.

APPEAL FROM THE PARISH COURT FOR THE PARISH AND CITY OF NEW ORLEANS.

Where the certificate of the clerk states only that the record contains " *a true copy of all the papers found in the case,*" &c., and there is no bill of exceptions, statement of facts, or assignment of errors, the appeal will be dismissed.

This case was brought up by the defendant, as appellant from a judgment against him.　The facts on which the appeal was dismissed, are fully stated in the opinion of the court, which follows.

EASTERN DIST.    *M'Millen*, for the plaintiff, moved to dismiss the appeal,
*March*, 1838.   for want of the testimony on which the case was tried in the

FREDERICKS       court below.
*vs.*
KELLAR.          2. The plaintiff's counsel further urged, that it clearly
appeared the appeal was taken for delay, and was frivolous,
and that ten per cent. damages should be awarded.

*Jones, contra.*

*Carleton, J.*, delivered the opinion of the court.

A motion is made by appellee's counsel in this case, to
dismiss the appeal, on the ground that the record contains no
written testimony or statement of facts, by which the court
are enabled to examine the merits of the case.

Where the        The certificate of the clerk, affixed to the record, is in the
certificate of the
clerk states on-  following words: " I do hereby certify, that the above
ly that the record twenty-four pages contain a true copy of all the *papers* found
contains " *a true*
*copy of all the pa-* in the case, wherein A. Fredericks is plaintiff, and John
*pers found in the*
*case,*" etc., and  Kellar is defendant, instituted in this court, and now on the
there is no bill
of exceptions,   records thereof, under the number 8786."
statement of facts
or assignments        It is plain, that this certificate is altogether defective; and
of errors, the   though it may be true, yet it does not follow that the record
appeal will be
dismissed.       contains all the evidence adduced by the parties. *Code of
Practice, article* 896.

There is, moreover, no bill of exceptions, statement of
facts, or assignment of errors to be found in the record.

It is, therefore, ordered, adjudged and decreed, that the
appeal be dismissed, the appellant paying costs in both
courts.